**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BRIAN R. VAUGHAN and JASON DARNELL, individually and on behalf of all others similarly situated,** | ) ) ) ) | |
| *Plaintiffs,* | ) ) | **Case No.: 20-cv-04241** |
| **v.** | ) ) | **Honorable Marvin E. Aspen** |
| **BIOMAT USA, INC., TALECRIS PLASMA RESOURCES, INC., and INTERSTATE BLOOD BANK, INC.,** | ) ) ) ) | **Magistrate Judge Jeffrey Cole** |
| *Defendants.* | ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Biomat USA, Inc. ("Biomat"), Talecris Plasma Resources, Inc. ("TPR") and Interstate Blood Bank, Inc. ("IBBI"), by their undersigned attorneys, hereby move to dismiss Plaintiffs' Amended Complaint. In support of their Motion to Dismiss, Defendants incorporate by reference their Memorandum in Support of Their Motion to Dismiss Plaintiffs' Amended Complaint, which is being filed contemporaneously with this Motion.

Dated: December 17, 2021

Respectfully submitted,

**BIOMAT USA, INC., TALECRIS PLASMA RESOURCES, INC., and INTERSTATE BLOOD BANK, INC.,**

By:     /s/ Neil H. Dishman
      One of Their Attorneys

1

Jason A. Selvey
Neil H. Dishman
Julia S. Wolf
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illlinois  60601
Tel.: 312.787.4949
Neil.Dishman@jacksonlewis.com
Jason.Selvey@jacksonlewis.com
Julia.Wolf@jacksonlewis.com

## CERTIFICATE OF SERVICE

I, Neil H. Dishman, an attorney, certify that on December 17, 2021, I caused a true and correct copy of the attached DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) to be served on the following counsel of record by filing with the Court's CM/ECF filing system:

David A. Fish
Mara Baltabols
The FISH LAW FIRM PC
200 East Fifth Avenue, Suite 123
Naperville, Illinois 60563
(630) 355-7590
dfish@fishlawfirm.com
mara@fishlawfirm.com

/s/ Neil H. Dishman