# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Brian R. Vaughan, et al.

                             Plaintiff,

v.                                             Case No.: 1:20–cv–04241
                                                      Honorable Marvin E. Aspen

Biomat USA, Inc, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 19, 2023:

      MINUTE entry before the Honorable Marvin E. Aspen: Plaintiffs Motion for Final Approval of Class Action Settlement [110] is granted. Motion hearing set for 9/21/2023 is stricken. Enter Order. Civil case terminated. Mailed notice(smm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.